**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. *2:26-cr-48* |
| | JUDGE *Morrison* |
| v. | **INDICTMENT** |
| **DAMONTE A. JORDAN** | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(8) |
| | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT 1
#### (Possession of a Firearm by a Prohibited Person)

1.     On or about January 3, 2026, in the Southern District of Ohio, the defendant, **DAMONTE A. JORDAN**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: an HS Produckt, model Hellcat, 9mm pistol, bearing serial number AT229999, which firearm had been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

2.     The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3.     Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, **DAMONTE A. JORDAN**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such

1

violation, including, but not limited to:

    a.    An HS Produckt, model Hellcat, 9mm pistol, bearing serial number AT229999; and

    b.    All associated ammunition.

**Forfeiture in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

*s/Foreperson*
FOREPERSON

DOMINICK S. GERACE II
United States Attorney

ELIZABETH A. GERAGHTY (OH 0042406)
Assistant United States Attorney

2